ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Application Under the Equal Access - to Justice Act of - | ) ) ) | |
| Iqrar Ahmed and Partner Contracting Company Ltd. | ) ) ) | ASBCA Nos. 62494-EAJA, 62495-EAJA |
| Under Contract No. FA4911-20-P-M011 | ) ) | |

APPEARANCE FOR THE APPELLANT:          P. Sean Milani-nia, Esq.
                                        Fox Rothschild LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Jeffrey P. Hildebrant, Esq.
                                        Air Force Deputy Chief Trial Attorney
                                        Lt Col Matthew Ramage-White, USAF
                                        Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE MCILMAIL

On August 24, 2021, we sustained ASBCA No. 62494, and converted the default termination of appellant's contract to a termination for the convenience of the government; we also denied ASBCA No. 62495 as moot. *Iqrar Ahmed & Partner Contracting Co.*, ASBCA Nos. 62494, 62495, 21-1 BCA ¶ 37,923 at 184,183. Appellant subsequently applied for attorneys' fees and costs in the amount of $13,537.50, pursuant to the Equal Access to Justice Act, 5 U.S.C. § 504 (app. at 5). The government responds that it does not contest payment of that amount (gov't resp. at 1). The application is granted in the amount of $13,537.50.

Dated:  April 28, 2022

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                        I concur


RICHARD SHACKLEFORD                             OWEN C. WILSON
Administrative Judge                            Administrative Judge
Acting Chairman                                 Vice Chairman
Armed Services Board                            Armed Services Board
of Contract Appeals                             of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62494-EAJA, 62495-EAJA, Appeal of Iqrar Ahmed and Partner Contracting Company Ltd., rendered in conformance with the Board's Charter.

Dated: May 4, 2022


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2